No. 97-5178. COVERT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97-5179. LIVINGSTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97-5180. MITCHELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97-5181. LEON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97-5182. MORTON v. GTE NORTH, INC. C. A. 5th Cir. Certiorari denied.

No. 97-5183. MONTES-FIERRO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97-5184. MITCHELL v. KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97-5185. LAWRENCE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-5186. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-5188. LONGSTAFF v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97-5189. SARMIENTO-MALDONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97-5190. OSER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97-5191. SILVA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97-5192. SMITH v. COMMERCE CLUB, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97-5193. MCGOWAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.